

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2014

No. 04-14-00195-CV

**RJ MERIDIAN CARE OF ALICE, LTD.** a/k/a Meridian Care of Alice,
Appellant

v.

Elias **ROBLEDO** and Eleal E. Robledo, Individually and as Heirs/Administrators and
Representatives of The Estate of Adelaida Ortiz Robledo, Deaceased,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-07-52422-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Sitting:       Catherine Stone, Chief Justice
                 Karen Angelini, Justice
                 Luz Elena D. Chapa, Justice

Appellees have filed a motion to dismiss this appeal for lack of jurisdiction. After considering the motion, the appellant's response, and the reply, we grant the motion and order the appeal DISMISSED FOR LACK OF JURISDICTION.

We further ORDER that appellees recover their costs of this appeal from appellants RJ Meridian Care of Alice, Ltd. a/k/a Meridian Care of Alice.

The court's opinion will issue at a later date.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court